IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DONALD MASCIO, Inmate #B15769, )
)
      Plaintiff, )
)
vs. ) CIVIL NO. 08-682-GPM
)
ASSISTANT WARDEN HODGE, *et al.*, )
)
      Defendants. )

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Plaintiff, Donald Mascio, shall recover nothing, and the action be **DISMISSED on the merits**.

**DATED**: 10/20/08

                                            NORBERT G. JAWORSKI, CLERK

                                            By: s/ Linda M. McGovern
                                                  Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
                G. Patrick Murphy
                United States District Judge